UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



BARBARA WINGFIELD,

        Plaintiff,

-v-

**DECISION and ORDER**
13-CV-6321T

ROCHESTER SCHOOL FOR THE DEAF,

        Defendant.

---

Plaintiff, Barbara Wingfield, proceeding pro se, has filed this action for employment discrimination and paid the fee. Plaintiff requests to have counsel appointed and to seal the case.

There is insufficient information before the Court at this time to make the necessary assessment of plaintiff's claims under the standards promulgated by *Hendricks v. Coughlin*, 114 F.3d 390, 392 (2d Cir. 1997), and *Hodge v. Police Officers*, 802 F.2d 58 (2d Cir. 1986), as issue has yet to be joined. Therefore plaintiff's motion for appointment of counsel is denied without prejudice at this time. It is the plaintiff's responsibility to retain an attorney or press forward with this lawsuit *pro se*. 28 U.S.C. § 1654.

Plaintiff requests to have the case sealed pursuant to FED. R. CIV. P. 10a and Local Rule 5.3. *Also see* Privacy Notice to Pro Se Litigants. Plaintiff has not provided any basis under the rules for sealing the complaint. Plaintiff shall notify the Court by **July 22, 2013** as to whether she intends to file a redacted copy of the complaint or provide more specific information as to what part of the complaint she wishes filed under seal, and the reasons therefore.

Plaintiff has paid the fee, and it is, therefore, her responsibility to have the defendant served.

SO ORDERED.

Dated: 07/08, 2013
Buffalo, New York

/s/ William M. Skretny
WILLIAM M. SKRETNY
Chief Judge
United States District Court